IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL GWYNN and
BRENDON RYAN,

      Plaintiffs,

v.

CITY OF PHILADELPHIA, CHARLES RAMSEY,
MICHAEL KELLY, MELVIN SINGLETON,
SALVATORE FEDE and FRANK PULOMBO,

      Defendants.

CIVIL ACTION

No. 11-1128

**ORDER**

    **AND NOW**, this 28th day of March, 2012, upon consideration of Defendants City of Philadelphia, Charles Ramsey, Patrick Kelly,[1] Melvin Singleton, Salvadore Fede, and Frank Palumbo's[2] Motion for Summary Judgment (Doc. No. 21), against Plaintiffs Michael Gwynn and Brendan Ryan, the Response in opposition, and the Replies thereto, it is hereby **ORDERED** that said Motion is **GRANTED** in favor of all Defendants. It is further **ORDERED** that Plaintiffs' "Motion to File a Sur Response" (Doc. No. 26) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] As explained in our Memorandum Opinion, Plaintiffs misidentified Patrick Kelly as Michael Kelly in their Complaint.

[2] In addition, as also noted in our Memorandum Opinion, Frank Palumbo's last name was misspelled in the Complaint as "Pulombo."